No. 3412.—BANUCHI, apldo., *v.* CABÁN, y ROLÁN TEJEDOR & DE HOSTOS, demandados y aplte el 2º.—C. D. Aguadilla. Marzo 10, 1925. Tercería. No siendo pertinente en la impugnación de un memorándum de costas atacar uno de los pronunciamientos de una sentencia ya firme, según jurisprudencia sentada en el caso No. 3448, *Borinquen Trading Corporation v. Herederos desconocidos de O. García Salgado et al.,* de enero 13, 1925 (33 D.P.R.) y casos en él citados, *no ha lugar* a discutir la procedencia o improcedencia de la condena de honorarios, pero considerando que a virtud de las circunstancias concurrentes, es excesiva la suma de $300 a que fué condenada la demandada y parece suficiente la suma de $100, se modifica la resolución apelada en tal sentido, o sea, condenando a la demandada a pagar $100 por honorarios de abogado y así modificada *se confirma.*

No. 475.—CERRO GORDO FRUIT COMPANY ET AL., Nos. 476 y 478, IMPERIAL FRUIT CO. ET AL., No. 477, PLAZA FRUIT COMPANY, peticionarios, *v.* CORTE DE DISTRITO DE SAN JUAN, DISTO. 2º. HON. M. RODRÍGUEZ SERRA, JUEZ, demandado.—*Certiorari.* Marzo 16, 1925. Apareciendo que si bien la corte puede señalar la vista de juicios fuera de calendario, cuando lo hiciere debe dar a las partes la necesaria oportunidad para defenderse, lo que claramente no se hizo en este caso, en cuanto al demandante, deben por tanto, anularse y se anulan todos los procedimientos posteriores a la moción de 30 de enero último solicitando el señalamiento.